UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | |
| | : | Case No. 1:26-MJ-42 |
| **FRANK OLIVARRIA** | : | |
| | : | |
| **Defendant.** | : | |

**UNOPPOSED MOTION TO CONTINUE DETENTION HEARING BY ONE DAY**

      Mr. Olivarria, though undersigned counsel, respectfully submits this Unopposed Motion to Continue Detention Hearing By One Day.  Specifically, Mr. Olivarria asks that the detention hearing scheduled for March 10, 2026 at 12:30pm be rescheduled for March 11, 2016 in the afternoon.  This motion is based on scheduling conflicts and is not opposed by the government.

DATED:	March 8, 2025						Respectfully submitted,

                                                                                                            ___/s/_____
Jonathan S. Jeffress (Bar No. 479074)
Kaiser PLLC
1099 14th Street NW, 8th Floor West
Washington, DC 20005
(202) 640-2850
jjeffress@kaiserlaw.com

*Counsel for Frank Olivarria*